# Notice Recipients

District/Off: 0971−5　　　User: admin　　　Date Created: 08/12/2015
Case: 10−62853　　　Form ID: B18W　　　Total: 31

**Recipients of Notice of Electronic Filing:**
ust　　Office of the U.S. Trustee / SJ　　USTPRegion17.SJ.ECF@usdoj.gov
tr　　Devin Derham−Burk　　ctdocs@ch13sj.com
aty　　Susan D. Silveira　　silveiralaw@earthlink.net

　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Robert D. Parish, Jr.　　625 Calle Viento　　Morgan Hill, CA 95037
jdb　　Kimberly K. Parish　　625 Calle Viento　　Morgan Hill, CA 95037
reqntc　　GE Money Bank　　c/o Recovery Management Systems Corp.　　25 SE 2nd Avenue, Suite 1120　　Miami, FL 33131−1605
cr　　PRA Receivables Management, LLC　　PO Box 41067　　Norfolk, VA 23541
smg　　State Board of Equalization　　Attn: Special Procedures Section, MIC:55　　P.O. Box 942879　　Sacramento, CA 94279
smg　　CA Employment Development Dept.　　Bankruptcy Group MIC 92E　　P.O. Box 826880　　Sacramento, CA 94280−0001
smg　　CA Franchise Tax Board　　Attn: Special Procedures　　P.O. Box 2952　　Sacramento, CA 95812−2952
smg　　IRS　　P.O. Box 7346　　Philadelphia, PA 19101−7346
11494721　　Bank of America　　Bankruptcy Department　　NC4−104−03−14　　P.O Box 26012　　Greensboro, NC 27420−6012
11494722　　Bank of America　　P.O. Box 15026　　Wilmington, DE 19850−5026
13968825　　Bank of America, N.A. as successor−in−interest to　　FIA Card Services, N.A.　　P O Box 982284　　El Paso, TX 79998−2238
11494723　　Citi　　P.O. Box 6241　　Sioux Falls, SD 57117
11494724　　Citi Cards　　P.O. Box 6077　　Sioux Falls, SD 57117−6077
11551567　　Department Stores National Bank/Macys　　Bankruptcy Processing　　PO Box 8053　　Mason, OH 45040
11575308　　FIA Card Services aka Bank of America　　c/o Becket and Lee LLP　　POB 3001　　Malvern PA 19355−0701
11544357　　Fia Card Services, NA As Successor In Interest to　　Bank of America NA and Mbna America Bank　　1000 Samoset Drive　　DE5−023−03−03　　Newark, DE 19713
11494725　　Franchise Tax Board　　Attn: Special Procedures　　P.O. Box 2952 MS−A430　　Sacramento, CA 95812−2952
11648227　　GE Money Bank　　c/o Recovery Management Systems Corp.　　25 SE 2nd Avenue, Suite 1120　　Miami, FL 33131−1605　　Attn: Ramesh Singh
11494726　　Internal Revenue Service　　Centralized Insolvency Operations　　P.O. Box 21126　　Philadelphia, PA 19114−0326
11494727　　Macy's　　Bankruptcy Processing　　P.O. Box 8053　　Mason, OH 45040
11494728　　Parker/Connors Rental Account　　16860 Joleen Way, Bay #5　　Morgan Hill, CA 95037
11809666　　Portfolio Recovery Associates, LLC　　PO Box 41067　　Norfolk VA 23541
11494729　　Star One Credit Union　　P.O. Box 3643　　Sunnyvale, CA 94088
11494730　　State Board of Equalization　　P.O. Box 942879　　Sacramento, CA 94279−7072
11494732　　Wells Fargo Bank　　Business Direct Division　　MAC 54101−050　　Phoenix, AZ 85038−9746
11494731　　Wells Fargo Bank　　P.O. Box 5445　　Portland, OR 97228
11521064　　Wells Fargo Bank,N.A.　　Business Direct Division　　100 W, Washington Street 8th Flr　　Phoenix, AZ 85003
11494733　　Wells Fargo Business Line　　P.O. Box 348750　　Sacramento, CA 95834

　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 28